```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 36897
   KEVIN EUGENE COLLINS
                                                  CHAPTER 13

                                                  JUDGE: SUSAN PIERSON SONDERBY

       Debtor
   SSN XXX-XX-0875

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/05/2004 and was confirmed 12/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED                  .00         .00           .00
GMAC                      NOTICE ONLY   NOT FILED              .00           .00
NORTH STAR CREDIT UNION   SECURED NOT I NOT FILED              .00           .00
WELLS FARGO MORTGAGE      CURRENT MORTG  53792.40              .00      53792.40
WASHINGTON MUTUAL         NOTICE ONLY   NOT FILED              .00           .00
WELLS FARGO MORTGAGE      MORTGAGE ARRE  13471.78              .00      13471.78
RESURGENT ACQUISITION LL  UNSEC W/INTER    253.23            31.99        253.23
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED              .00           .00
RESURGENT ACQUISITION LL  UNSEC W/INTER   8798.17          1088.95       8798.17
J C PENNEY                UNSEC W/INTER NOT FILED              .00           .00
MENARDS                   UNSEC W/INTER NOT FILED              .00           .00
MONTGOMERY WARD           UNSEC W/INTER NOT FILED              .00           .00
PROVIDIAN                 UNSEC W/INTER NOT FILED              .00           .00
PROVIDIAN                 NOTICE ONLY   NOT FILED              .00           .00
SEARS ROEBUCK & CO        UNSEC W/INTER NOT FILED              .00           .00
RESURGENT ACQUISITION LL  UNSEC W/INTER    370.07            45.83        370.07
WAL MART STORES INC       UNSEC W/INTER NOT FILED              .00           .00
GENERAL MOTORS ACCEPTANC  UNSEC W/INTER   4590.80           568.17       4590.80
WELLS FARGO BANK          NOTICE ONLY   NOT FILED              .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY    2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                       5,019.71
DEBTOR REFUND             REFUND                                        1,643.50

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              92,374.60

PRIORITY                                        .00
SECURED                                   67,264.18
UNSECURED                                 14,012.27

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 36897 KEVIN EUGENE COLLINS
```

```
     INTEREST                                              1,734.94
ADMINISTRATIVE                                             2,700.00
TRUSTEE COMPENSATION                                       5,019.71
DEBTOR REFUND                                              1,643.50
                                 ----------------    ----------------
TOTALS                                 92,374.60            92,374.60
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 06/26/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```